Court of Criminal Appeals
P.O. Box 12308
Austin, Tx. 78711
    Attn: Honorable Abel Acosta, Clerk

25 March 2015  82.865-01

RE:    Trial Court Case No. 1412043

Anthony Glenn Nash
TDCJ ID No. 1928601
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Tx 78542

VIA U.S. MAIL

Greetings: Honorable Abel Acosta, Clerk,
Requesting clarification regarding my filed Writ of Habeas
Corpus, pursuant to Article 11.07.

It is Now my understanding filed;

①   1412043 - A
②   1412043 - B
③   1412043 - C

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

On March 24, 2015 I received a white card
dated march 18, 2015, advising me that 1412043 -B
has been dismissed for Non-compliance, Specifically
that I failed to utlize the prescribed form per art.
11.07.

I Am a United States Citizen. I am Not a lawyer
or ever formaly trained in law. I am of indigent

Page 1 of 4

Status and unable to hire counsel of my choosing.

① 1412043-A _____ Writ without grounds

② 1412043-B _____ Memorandum

③ 1412043-C _____ Writ with grounds and memorandum

Honorable Clerk on 9-18-14 I filed what I believed my writ of Habeas Corpus (1412043-A). On 11-19-14 I filed the memorandum which was to be attached to my writ (1412043-A). I believe this Honorable Court assigned such now No (1412043-B) on 1-25-15 I filed what I believe the complete package therefore the writ with the grounds and memorandum on the perscribed 11.07 form. Please notice I have not added any grounds and due to the incorrect filing process I under took such was filed in pieces when in fact such is one (1) filing.

Additionally Honorable Court of Appeals Clerk. ON Feb 18, 2015 Honorable Presiding Judge Mark Kent Ellis, 351st Judicial District signed ORDER to assist the Court in resolving factual issue, Beverly Backers, 3730 Kirby Drive, Ste. 1200, Houston, Tx 77098 to file affidavit summarizing and responding to the allegations contained in the instant application for writ of Habeas Corpus. Ms B. Backers, esq; was to file the (her) affidavit within Thirty days. At this writing I have not received her copy of Affidavit. I wish to file AN objection And that the courts adopt the allegations I presented in my Habeas As true.

Furthermore, within the same signed ORDER presiding Judge ORDERED the Clerk of the Court NOT to transmit any documents to the Court of Criminal Appeals.

My reasoning would tell me IN ORDER for me to receive White cards from the Court of Criminal Appeals papers have been forwarded IN violation of signed ORDER Feb 18, 2015

Enclosed, please find a (6) six month history of my trust account.

Requesting, due to the complexity the inability of me able to retrieve papers from trial counsel necessary to proove my burden. And counsel refusal to respond to Trial Court ORDERS to respond that I be appointed counsel.

Respectful submitted,

Anthony Nash

# UNSWORN Declaration By Inmate

I Anthony Glenn Nash, being presently INcarcerated iN the Texas Dept of Criminal Justice, Lopez State Jail, Hidalgo County, texas, declare under penalty of perjury that the above AND foregoing is true AND correct to the best of my ability

Executed on this the <u>26</u> day of <u>March, 2015</u>

<u>Anthony Nash</u>

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE         03/26/15
1EQC/CV00007              IN-FORMA-PAUPERIS DATA                    10:27:07
TDCJ#: 01928601 SID#: 08724706 LOCATION: LOPEZ          INDIGENT DTE: 01/06/15
NAME: NASH,ANTHONY GLENN                    BEGINNING PERIOD: 08/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      80.00
6MTH DEP:         180.00 6MTH AVG BAL:       36.30 6MTH AVG DEP:      30.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/15     204.39            0.00         10/14     44.25          100.00
12/14     105.99            0.00         09/14    195.12            0.00
11/14      44.25           80.00         08/14    195.12            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Hidalgo_
ON THIS THE _26_ DAY OF _March 2015_, ___, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



LUPE GONZALEZ
Notary Public, State of Texas
My Commission Expires
AUGUST 03, 2015

Notary without Bond